UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYO OLUGBOYEGA OGUNBANKE, | Case No. 1:18-cv-00796-JDP |
| Petitioner, | ORDER REQUIRING RESPONSE TO RESPONDENTS' REQUEST TO DISMISS CASE AS MOOT |
| v. | |
| KIRSTEN NIELSEN, *et al.*, | ECF No. 20 |
| Respondent. | |

Petitioner is detained by the U.S. Bureau of Immigration and Customs Enforcement ("ICE") and is proceeding without counsel with a petition for a writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1. On June 20, 2018, the court issued an order for the respondents to show cause why the petition should not be granted. ECF No. 5.

On September 6, 2018, respondents filed a response to the order to show cause and a motion to dismiss for lack of jurisdiction. ECF No. 20. Respondents have indicated that petitioner "appeared before an immigration judge on July 20, 2018, for a bond hearing, and Ogunbanke was granted release from custody under bond in the amount of $250,000." *Id*. at 2. According to the respondents, the only relief requested in the habeas petition was a bond hearing before an immigration judge and petitioner has received the requested relief. *Id*. at 9. Therefore, respondents argue that the petition is now moot. *See id*.

Petitioner has not filed an opposition to the respondents' request to dismiss this case as moot. The court will require a response to respondents' request.

Accordingly,

1. Petitioner must file a response to respondent's request to dismiss this case as moot (ECF No. 20) within 21 days of the service of this order. Under Local Rule 230(l), failure of the responding party to file a response may result in sanctions.
2. Respondents may file a reply in support of their request within 7 days of the service of petitioner's response.

IT IS SO ORDERED.

Dated:   October 11, 2018                /s/ Jeremy Peterson           

                                               UNITED STATES MAGISTRATE JUDGE