# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYO OLUGBOYEGA OGUNBANKE, | Case No. 1:18-cv-00796-LJO-JDP |
| Petitioner, | ORDER VACATING BRIEFING SCHEDULE |
| v. | |
| KIRSTEN NIELSEN, *et al.*, | |
| Respondent. | |

Petitioner Tayo Olugboyega Ogunbanke, a detainee in custody of the United States Bureau of Immigration and Customs Enforcement, proceeds without counsel seeking a petition for a writ of habeas corpus under 28 U.S.C. § 2241. Petitioner has filed a supplement to his habeas petition, raising claims that he did not include in his original petition. ECF No. 36. He then filed a motion for an emergency stay of removal. ECF No. 38. Absent court order, the government need not respond to petitioner's new claims or his motion for an emergency stay of removal. We will vacate the current briefing schedule.

**Order**

1. The current briefing schedule, ECF No. 37 at 2-3, is vacated.
2. Absent court order, no further submission is required from respondent.

IT IS SO ORDERED.

Dated: August 2, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 202