UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYO OLUGBOYEGA OGUNBANKE,<br><br>Petitioner,<br><br>v.<br><br>KIRSTEN NIELSEN, *et al.,*<br><br>Respondents. | Case No. 1:18-cv-00796-LJO-JDP<br><br>ORDER DIRECTING RESPONDENTS TO SERVE MOTION TO DISMISS ON PETITIONER<br><br>ORDER SETTING DEADLINE TO RESPOND TO RESPONDENT'S MOTION TO DISMISS<br><br>THIRTY-DAY DEADLINE<br><br>ECF No. 40 |

Petitioner Tayo Olugboyega Ogunbanke, a former detainee in the custody of the U.S. Bureau of Immigration and Customs Enforcement ("ICE"), is proceeding without counsel with a petition for a writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1. On September 16, 2019, petitioner was removed from the United States to Lagos, Nigeria. *See* ECF Nos. 41, 40-1. In response to petitioner's removal, respondents filed a motion to dismiss the habeas petition for mootness on October 15, 2019. *See* ECF No. 40. Respondents did not serve the petitioner with the motion to dismiss due to a lack of forwarding address. *See id.* at 8. On October 15, 2019, petitioner provided the court with his new address. ECF No. 41.

Accordingly, I hereby order that:

1

1. Respondents must serve a copy of the motion to dismiss on petitioner at his updated address; and
2. Within twenty-one days of the date of service of respondent's motion to dismiss, ECF No. 40, petitioner may file a response to the motion.

IT IS SO ORDERED.

Dated:   October 17, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 206