UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYO OLUGBOYEGA OGUNBANKE,<br><br>   Petitioner,<br><br>   v.<br><br>KIRSTEN NIELSEN, et al.,<br><br>   Respondent. | Case No. 1:18-cv-00796-LJO-JDP<br><br>ORDER DENYING PETITIONER'S MOTION FOR EMERGENCY STAY OF REMOVAL AS MOOT<br><br>ECF No. 38 |

Petitioner Tayo Olugboyega Ogunbanke, a former detainee in the custody of the U.S. Bureau of Immigration and Customs Enforcement, proceeds without counsel, seeking a writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1. On July 29, 2019, petitioner moved this court for an emergency stay of removal during the pendency of the habeas petition. ECF No. 38. On September 16, 2019, petitioner was removed from the United States to Lagos, Nigeria. *See* ECF Nos. 41, 40-1. Petitioner's sole request in the instant motion is a stay of removal. ECF No. 38. Because petitioner was removed from the United States in September 2019, the motion to stay his removal is rendered moot. Therefore, the motion is denied.

IT IS SO ORDERED.

Dated:    January 16, 2020                                 /s/ Jeremy Peterson
                                                                      UNITED STATES MAGISTRATE JUDGE

No. 206.